UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAY SROEUY,                              )        NO.  CV 16-1881-PSG (AGR)
                                         )
              Petitioner,                )
                                         )        JUDGMENT
       v.                                )
                                         )
CYNTHIA ENTZEL, Warden,                  )
                                         )
              Respondent.                )
_____)

       Pursuant to the Order Accepting Findings and Recommendation of United

States Magistrate Judge,

       IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED:  _____4/10/17_____          _____
                                            PHILIP S. GUTIERREZ
                                         United States District Judge